| | |
|---|---|
| 1 | LYNN HUBBARD, III, SBN 69773 |
| 2 | SCOTTLYNN J HUBBARD IV, SBN 212970<br>LAW OFFICES OF LYNN HUBBARD, III |
| 3 | 12 WILLIAMSBURG LANE<br>CHICO, CA 95926 |
| 4 | Telephone:  (530) 895-3252<br>Fax:   (530) 894-8244 |
| 5 | Attorneys for Plaintiff |
| 6 | KELLY L. LYNCH, SBN 176204 |
| 7 | LAW OFFICES OF KELLY LYNCH<br>12009 Foundation Place, Suite 190 |
| 8 | Gold River, CA 95670<br>Telephone: (916) 294-1178 |
| 9 | Facsimile: (916) 294-1189 |
| 10 | Attorneys for Defendant<br>JOHN R. LINDOW, Trustee of the JRL SEPARATE PROPERTY TRUST |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES SANFORD, | | Case No. CIV.S. 04-2157 FCD JFM |
| | Plaintiff, | |
| | vs. | **REQUEST FOR DISMISSAL AND ORDER THEREON AS TO DEFENDANT JOHN R. LINDOW, TRUSTEE OF THE JRL SEPARATE PROPERTY TRUST ONLY** |
| DOKIMAKIS DRUG STORES, INC. DBA KNOTTS PHARMACY; JOHN R. LINDOW, TRUSTEE OF THE JRL SEPARATE PROPERTY TRUST; and DOES 1 through 10, | | |
| | Defendants. | |
| _____/ | | |

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff, James Sanford, and defendant, John R. Lindow, Trustee of the JRL SEPARATE PROPERTY TRUST, the parties hereby request that the Court dismiss the above-entitled action,

1  with prejudice, **as to defendant John R. Lindow, Trustee of the JRL SEPARATE**

2  **PROPERTY TRUST**.

3     Nothing is this Request for Dismissal shall be construed to affect plaintiff's

4  complaint and claims in the above-referenced case against defendants other than

5  defendant John R. Lindow, Trustee of the JRL SEPARATE PROPERTY TRUST.

6  Dated: November 14, 2005            LAW OFFICES OF LYNN HUBBARD, III

8                                      /s/ Scottlynn J Hubbard, IV
                                       SCOTTLYNN J HUBBARD, IV
9                                      Attorneys for Plaintiff

11 Dated: November 3, 2005             LAW OFFICES OF KELLY LYNCH

13                                     Signature On File
                                       KELLY L. LYNCH
14                                     Attorney for Defendant
                                       JOHN R. LINDOW, Trustee of the
15                                     JRL SEPARATE PROPERTY TRUST

16                                 **ORDER**

17    IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-

18 04-2157 FCD JFM, is hereby dismissed with prejudice **as to defendant John R.**

19 **Lindow, Trustee of the JRL SEPARATE PROPERTY TRUST only**.

21 Dated: November 15, 2005            /s/ Frank C. Damrell Jr.
22                                     United States District Court Judge